# EXHIBIT "A"

CRIMINAL INFORMATION:
CASE NO. CP-51-CR-0000427-2011
COMMONWEALTH OF PENNSYLVANIA v. LAMONT MILLER

Commonwealth of Pennsylvania
Court of Common Pleas
County of Philadelphia
1st Judicial District



**INFORMATION**

Commonwealth of Pennsylvania
v.
Lamont Miller

Docket No: CP-51-CR-0000427-2011

The Attorney for the Commonwealth of Philadelphia County by this information charges that in the County of Philadelphia, Pennsylvania, Miller, Lamont:

**COUNT 1:**   Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver - (F)
Offense Date: 6/16/10   35 § 780-113 §§ A30

Drug Description:   barbotirates and marijuana

Being a person not registered under the Controlled Substance, Drug, Device and Cosmetic Act, or a practitioner not registered or licensed by the appropriate state board, and not having been authorized by said act to do so, manufactured, delivered, or possessed with intent to manufacture or deliver, a controlled substance, or knowingly created, delivered, or possessed with intent to deliver, a counterfeit controlled substance; upon conviction, the Commonwealth will proceed under 18 Pa.C.S. 7508 (relating to mandatory sentencing and penalties for drug trafficking)

**COUNT 2:**   Criminal Conspiracy - (F)
Offense Date: 6/16/10   18 § 903

With the intent of promoting or facilitating the commission of a crime, agreed with another person or persons that they or one or more of them would engage in conduct which would constitute such crime, or an attempt or solicitation to commit such crime, and/or agreed to aid another person or persons in the planning or commission of a crime, or of an attempt or solicitation to commit such crime.
Criminal Objective: delivery of controlled substances
Overt Act: possessed controlled substances

**COUNT 3:**   Int Poss Contr Subst By Per Not Reg - (M)
Offense Date: 6/16/10   35 § 780-113 §§ A16

Drug Description:   barbiturates and marijuana

Knowingly or intentionally possessed a controlled or counterfeit substance, being a person not registered under the Controlled Substance, Drug, Device and Cosmetic Act, nor registered or licensed by the appropriate state board, said substance not having been obtained directly from, or pursuant to a valid prescription order or order of a practitioner, and not otherwise authorized by said act to do so

Citation of Statute
and Section:
1   35 § 780-113 §§ A30 (F)
2   18 § 903 (F)
3   35 § 780-113 §§ A16 (M)

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth.

Philadelphia County District Attorney
R Seth Williams

AOPC 9001 REV. 09/28/2010   Page 1 of 1   Printed 1/20/2011 9:24 AM

// 003486