# EXHIBIT "C"

APRIL 8, 2016 ORDER OF COURT: HONORABLE SHEILA WOODS-SKIPPER
COMMONWEALTH OF PENNSYLVANIA v. LAMONT MILLER
CASE NO. CP-51-CR-0000427-2011

DEFENDER ASSOCIATION OF PHILADELPHIA
BY:  Keir Bradford-Grey, Defender and
     Bradley S. Bridge and Shonda Williams
Identification No. 00001
1441 Sansom Street
Philadelphia, PA 19102
(215) 568-3190

Received
APR 08 2016
Office of Judicial Records
Appeals/Post Trial

COMMONWEALTH OF PENNSYLVANIA : THE COURT OF COMMON PLEAS
: CRIMINAL TRIAL DIVISION

VS. : CP-51-CR-0000427-2011

: CHARGES: Manuf/Del/Poss/W Int Manuf
LAMONT MILLER    Or Del; conspiracy
PPN: 840550

## ORDER

AND NOW, this 8th day of April, 2016, upon examination of the Motion For A New Trial Based Upon After Discovered Evidence; Alternatively, For Post-Conviction Collateral Relief, Or Alternatively, For Writ Of Habeas Corpus, it is HEREBY ORDERED and DECREED, that a new trial is granted.

The District Attorney's motion to *nolle prosse* all the charges under that court number is granted.

I HEREBY CERTIFY the foregoing to be
a true and correct copy of the original
_____ as filed in this
office.
Date: 4-8-16

Active Criminal Records
Criminal Motion Court Clerk
First Judicial District of Pa.