# EXHIBIT "D"

CORRESPONDENCE: DEFENDER ASSOCIATION OF PHILADELPHIA, April 15, 2016
CASE NO. CP-51-CR-0000427-2011
COMMONWEALTH OF PENNSYLVANIA v. LAMONT MILLER

# DEFENDER ASSOCIATION OF PHILADELPHIA

1441 Sansom Street
Philadelphia, PA 19102
(215) 568-3190

KEIR BRADFORD-GREY
DEFENDER

April 15, 2016

Lamont Miller
CFCF
PP#840550

RE: CP-51-CR-0000427-2011

Dear Mr. Miller:

As you know, the federal government arrested Officers Liciardello, Reynolds, Betts, Spicer, Speiser and Norman in July, 2014. The federal complaint revealed that these officers had regularly made up facts in their arrests regarding probable cause. They planted drugs, stole drugs, stole money and lied about it in police paperwork and, presumably, in court. Based upon these allegations, the Defender Association filed petitions to reopen over 1,400 convictions in which these officers were involved, including yours. I am pleased to let you know that on April 8, 2016, the Philadelphia District Attorney's Office and Judge Sheila Woods-Skipper agreed with us that your conviction was improper. As a result, the prosecutor's office reopened your conviction and then dismissed the charges against you. A copy of the judge's order is enclosed.

We cannot advise you as to any civil lawsuit but will speak to any attorney retained by you regarding this matter. Further, we might in the future file expungement petitions and will advise you at that time should we do so. Also, you should be able to get back any fines, costs or supervision fees that you paid. You should be receiving a check reimbursing you for these expenses sometime within the next several months. The check will most likely be sent to the address you gave at the time of your arrest. If you want the check sent somewhere else, please contact me and I will send you the form so that we can notify the court of your updated address. Lastly, if any property was seized by the police that you want returned, you will need to file a return of property petition within 30 days of April 8, 2016.

Thank you very much.

Very truly yours,

BRADLEY S. BRIDGE
Assistant Defender

Encl.
BB/eg